

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2016

No. 04-16-00447-CV

**8305 BROADWAY INC.** and Changing Surface, Inc.,
Appellants

v.

**J&J MARTINDALE VENTURES, LLC** dba Big Hops Growler Station,
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 386551
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellants timely filed notice of appeal on June 20, 2016. A motion for new trial having been timely filed, the clerk's record and reporter's record were due on July 19, 2016. *See* TEX. R. APP. P. 35.1. The clerk's record has been filed. The court reporter has filed a notification of late record stating that appellants have failed to request and pay, or make arrangements to pay, the fee for preparing the reporter's record, and that appellants are not entitled to appeal without paying the fee.

Accordingly, it is ORDERED that appellants provide written proof to this court **within ten (10) days** of the date of this order that **either** (1) a written request has been made for preparation of the reporter's record pursuant to TEX. R. APP. P. 34.6 (b)(1), and the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; **or** (2) appellants are entitled to appeal without paying the court reporter's fee.

If appellants fail to respond within the time provided, and the reporter's record is not timely filed, this appeal will be submitted without a reporter's record. *See* TEX. R. APP. P. 37.3(b).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court